BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

FILED

SEP 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SVETLANA DUBINSKY,<br>SERGE DOUBINSKI, and<br>ZINAYDA CHEKAYDA,<br><br>                Defendants. | CASE NO. 2:12-cr-00327 WBS<br><br>**REQUEST FOR UNSEALING OF INDICTMENT AND [PROPOSED] ORDER** |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1.  On September 13, 2012, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2.  As of today, September 19, 2012, agents of the United States have arrested the defendant Serge Doubinski. It is now necessary to unseal the indictment so that the defendant may be fully apprised of the charges against him.

Order Unsealing Indictment

1

1   THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition
2   to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the
3   public record.

5   Dated: September 19, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:12-cr-00327 WBS, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: Sept. 19, 2012

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

Order Unsealing Indictment                                2