UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
September 19, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                          )<br>                  Plaintiff,                )<br>v.                                                    )<br>                                                          )<br>ZINAYDA CHEKAYDA,                  )<br>                                                          )<br>                  Defendant.             ) | CASE NUMBER: 2:12-cr-00327-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Zinayda Chekayda; Case 2:12-cr-00327-WBS from custody and for the following reasons:

　　　　　　　_ Release on Personal Recognizance

　　　　　　　_ Bail Posted in the Sum of _____

　　　　　　　X Unsecured Appearance Bond in the amount of $100,000.00; co-signed by Yuriy Chekayda.

　　　　　　　_ Appearance Bond with 10% Deposit

　　　　　　　_ Appearance Bond secured by Real Property

　　　　　　　_ Corporate Surety Bail Bond

　　　　　　　X (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on     9/19/2012     at  2:50 p.m.

By  /s/ Kendall J. Newman
　　　Kendall J. Newman
　　　United States Magistrate Judge