```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 2:12-00327 WBS

     v.

SVETLANA DUBINSKY, SERGE
DOUBINSKI, and ZINAYDA CHEKAYDA,

          Defendants.
_____/

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 2:12-00328 JAM

     v.

VOLODYMYR DUBINSKY, LEONID
DOUBINSKI, EDWARD KHALFIN, and
ROBIN DIMICELI,

          Defendants.
_____/

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 2:12-00329 LKK

     v.

KORY SCHMIDLI,

          Defendant.
_____/
```

1  UNITED STATES OF AMERICA,
2          Plaintiff,                CR. NO. 2:12-00330 GEB
3          v.
4  DIANNA WOODS,
5          Defendant.
6  _____/
7                        ----oo0oo----
8          Examination of the above-entitled actions reveals that
9  these actions are related within the meaning of Local Rule
10 123(a) because all four cases involve the same witnesses and
11 are based on the same or similar questions of fact and the same
12 questions of law.  Accordingly, the assignment of the matters
13 to the same judge is likely to effect a substantial saving of
14 judicial effort and is also likely to be convenient for the
15 parties.
16         The parties should be aware that relating the cases
17 under Local Rule 123 merely has the result that both actions
18 are assigned to the same judge; no consolidation of the actions
19 is effected.  Under the regular practice of this court, related
20 cases are generally assigned to the judge to whom the first
21 filed action was assigned.
22         IT IS THEREFORE ORDERED that the actions denominated
23 United States v. Dubinsky, Cr. No. 2:12-327 WBS, United States
24 v. Dubinsky, Cr. No. 2:12-328 JAM, United States v. Schmidli,
25 Cr. No. 2:12-329 LKK, and United States v. Woods, Cr. No.
26 2:12-330 GEB, be, and the same hereby are, deemed related and
27 the cases denominated United States v. Dubinsky, Cr. No.
28
                                 2

2:12-328 JAM, United States v. Schmidli, Cr. No. 2:12-329 LKK, and United States v. Woods, Cr. No. 2:12-330 GEB, shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings.  Any dates currently set in the reassigned cases only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned cases shall be shown as United States v. Dubinsky, Cr. No. 2:12-328 WBS, United States v. Schmidli, Cr. No. 2:12-329 WBS, and United States v. Woods, Cr. No. 2:12-330 WBS.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  September 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3