PATRICK K. HANLY (Bar #128521)
980 Ninth Street Suite 1600
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916)  449-9544

Attorney for Defendant
Svetlana Dubinsky

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SVETLANA DUBINSKY et al.<br><br>                    Defendant, | CASE NO.  Cr. 12-327<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 25, 2013.

2. By this stipulation, defendants now move to continue the status conference until May 6, 2013 at 9:30 a.m. and to exclude time between February 25, 2013 and May 6, 2013 under Local Code T4 .  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced approximately 40,000 pages of discovery associated with this case.

1

   b.   Counsel for defendants request additional time to review discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

   c.   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d.   The government does not object to the continuance.

   e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2013 to May 6, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 2-21-13.          /s/ Lee Bickley
                         Assistant United States Attorney

DATED: 2-21-13           /s/ Patrick K. Hanly
                         Counsel for Defendant Svetlana Dubinsky

DATED: 2-21-13          /s/ Chris Cannon
                        Counsel for Defendant Serge Doubinski

DATED: 2-21-13          /s Scott N. Cameron
                        Counsel for Defendant Zinayda Chekayda

# O R D E R

IT IS SO FOUND AND ORDERED this 21st day of February, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE