1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-00327 WBS

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13        v.                               FINDINGS AND ORDER

14  SVETLANA DUBINKSKY, *et al.*,

15                    Defendants.

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendants Svetlana

19  Dubinsky, Serge Doubinski, and Zinayda Chekayda, by and through their counsel of record, hereby

20  stipulate as follows:

21       1.       By previous order, this matter was set for status on May 6, 2013.

22       2.       By this stipulation, defendants now move to continue the status conference until August

23
24  5, 2013 and to exclude time between May 6, 2013 and August 5, 2013, under Local Code T4.  The

25  United States does not oppose this request.

26       3.       The parties agree and stipulate, and request that the Court find the following:

27       a.       The United States has represented that the discovery associated with this case

28  includes investigative reports and related documents in electronic form, including approximately 40,000

Stipulation for Continuance of Status Hearing and for        1
Exclusion of Time

1  pages of discovery.  All of this discovery has been either produced directly to counsel and/or made

2  available for inspection and copying.

3          b.      Counsel for defendants desire additional time to consult with each of their clients,

4  to review the current charges, to conduct investigation and research related to the charges, to review and

5  copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare

6  pretrial motions and otherwise prepare for trial.

7

8          c.      Counsel for defendants believe that failure to grant the above-requested

9  continuance would deny them the reasonable time necessary for effective preparation, taking into

10  account the exercise of due diligence.

11          d.      The United States does not object to the continuance.

12          e.      Based on the above-stated findings, the ends of justice served by continuing the

13  case as requested outweigh the interest of the public and the defendants in a trial within the original date

14

15  prescribed by the Speedy Trial Act.

16          f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

17  et seq., within which trial must commence, the time period of May 6, 2013 to August 5, 2013 inclusive,

18  is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results

19  from a continuance granted by the Court at defendant's request on the basis of the Court's finding that

20  the ends of justice served by taking such action outweigh the best interest of the public and the

21

22  defendant in a speedy trial.

23      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

24  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

25  must commence.

26

27

28

Stipulation for Continuance of Status Hearing and for          2
Exclusion of Time

1    IT IS SO STIPULATED.

2    DATED: May 1, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney
3
                                           /s/ Todd A. Pickles
4                                          TODD A. PICKLES
                                           LEE S. BICKLEY
5                                          Assistant United States Attorneys

6                                          For the UNITED STATES OF AMERICA

7
     DATED: May 1, 2013                    /s/ Todd A. Pickles for
8                                          PATRICK HANLY, ESQ.

9                                          For defendant SVETLANA DUBINSKY

10
     DATED: May 1, 2013                    SUGARMAN & CANNON
11
                                           /s/ Todd A. Pickles for
12                                         CHRISTOPHER CANNON, ESQ.

13                                         For defendant SERGE DOUBINSKI

14
     DATED: May 1, 2013                    /s/ Todd A. Pickles for
15                                         SCOTT CAMERON, ESQ.

16                                         For defendant ZINAYDA CHEKAYDA

17

18                               O R D E R

19

20       IT IS SO FOUND AND ORDERED this 2nd day of _May, 2013.

21

22   _____
                                           WILLIAM B. SHUBB
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

     Stipulation for Continuance of Status Hearing and for        3
     Exclusion of Time