1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-00327 WBS

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13             v.                          [~~PROPOSED~~] FINDINGS AND ORDER

14  SVETLANA DUBINKSKY, *et al.*,

15                      Defendants.

16

17                            **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendants Svetlana

19  Dubinsky, Serge Doubinski, and Zinayda Chekayda, by and through their counsel of record, hereby

20  stipulate as follows:

21       1.     By previous order, this matter was set for status on December 2, 2013.

22       2.     By this stipulation, defendants now move to continue the status conference until January

23  27, 2014 at 9:30 a.m. and to exclude time between December 2, 2013 and January 27, 2014, under Local

24  Code T4.  The United States does not oppose this request.

25       3.     The parties agree and stipulate, and request that the Court find the following:

26            a.     The United States has represented that the discovery associated with this case

27  includes investigative reports and related documents in electronic form, including approximately 40,000

28

Stipulation for Continuance of Status Hearing and for        1
Exclusion of Time

1   pages of discovery.  All of this discovery has been either produced directly to counsel and/or made

2   available for inspection and copying.

3          b.      Counsel for defendants desire additional time to consult with each of their clients,

4   to review the current charges, to conduct investigation and research related to the charges, to review and

5   copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare

6   pretrial motions and otherwise prepare for trial.

7          c.      Counsel for defendants believe that failure to grant the above-requested

8   continuance would deny them the reasonable time necessary for effective preparation, taking into

9   account the exercise of due diligence.

10         d.      The United States does not object to the continuance.

11         e.      Based on the above-stated findings, the ends of justice served by continuing the

12  case as requested outweigh the interest of the public and the defendants in a trial within the original date

13  prescribed by the Speedy Trial Act.

14         f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15  et seq., within which trial must commence, the time period of December 2, 2013 to January 27, 2014

16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

17  results from a continuance granted by the Court at defendant's request on the basis of the Court's

18  finding that the ends of justice served by taking such action outweigh the best interest of the public and

19  the defendant in a speedy trial.

20      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

21  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

22  must commence.

23

24

25

26

27

28

Stipulation for Continuance of Status Hearing and for        2
Exclusion of Time

1   IT IS SO STIPULATED.

2   DATED: November 21, 2013                 BENJAMIN B. WAGNER
                                             United States Attorney
3
                                            */s/ Todd A. Pickles*
4                                            TODD A. PICKLES
                                             LEE S. BICKLEY
5                                            Assistant United States Attorneys

6                                            For the UNITED STATES OF AMERICA

7
    DATED: November 21, 2013                 */s/ Todd A. Pickles for*
8                                            PATRICK HANLY, ESQ.

9                                            For defendant SVETLANA DUBINSKY

10
    DATED: November 21, 2013                 SUGARMAN & CANNON
11
                                            */s/ Todd A. Pickles for*
12                                           CHRISTOPHER CANNON, ESQ.

13                                           For defendant SERGE DOUBINSKI

14
    DATED: November 21, 2013                 */s/ Todd A. Pickles for*
15                                           SCOTT CAMERON, ESQ.

16                                           For defendant ZINAYDA CHEKAYDA

17

18                            **O R D E R**

19
            IT IS SO FOUND AND ORDERED.
20

21  Dated:  November 21, 2013

22                                           _____
                                             WILLIAM B. SHUBB
23                                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation for Continuance of Status Hearing and for          3
Exclusion of Time