BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00327 WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING; [~~PROPOSED~~] ORDER |
| v. | |
| ZINAYDA CHEKAYDA, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Zinayda Chekayda and Serge Doubinski, by and through their counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for judgment and sentencing hearing on November 10, 2014.

2.   By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to July 13, 2015, at 9:30, which date is after the trial of defendant Diana Woods in related case 2:12-cr-00330 WBS.

3.   Because the defendants stand convicted of misprision of felony, 18 U.S.C. § 4, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the continuance of the date for judgment and sentencing.

Stipulation for Continuance of Judgment and Sentencing          1

IT IS SO STIPULATED.

DATED: November 4, 2014        BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Todd A. Pickles*
                                TODD A. PICKLES
                                LEE S. BICKLEY
                                Assistant United States Attorneys

                                For the UNITED STATES OF AMERICA


DATED: November 4, 2014        */s/ Todd A. Pickles for*
                                SCOTT CAMERON, ESQ.

                                For defendant ZINAYDA CHEKAYDA


DATED: November 4, 2014        SUGARMAN & CANNON

                                */s/ Todd A. Pickles for*
                                CHRISTOPHER CANNON, ESQ.

                                For defendant SERGE DOUBINSKI


# O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to July 13, 2015 at 9:30 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED.

Dated:  November 4, 2014

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE