SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
ZINAYDA CHEKAYDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00327 WBS |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| SERGE DOUBINSKI and ZINAYDA CHEKAYDA, et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff UNITED STATES, through its counsel of record, AUSA Todd Pickles, defendant SERGE DOUBINSKI, through his counsel of record, Chris Cannon, and defendant ZINAYDA CHEKAYDA, through her counsel of record, Scott N. Cameron, stipulate that the date set for judgment and sentencing of both defendants, currently scheduled for July 13, 2015, may be continued to December 14, 2015, at 9:30 a.m.  This request of the parties is being made because both defendants still need to fulfill their obligations as set forth in their plea agreements.

The Probation Department has been consulted regarding the above stipulation and has no objection.  The parties have authorized the defense counsel for ZINAYDA CHEKAYDA to sign this

1

stipulation on their behalf.

DATED: July 10, 2015                               BENJAMIN WAGNER
                                                   United States Attorney

                                        by         /s/ Todd Pickles
                                                   Todd Pickles
                                                   Assistant U.S. Attorney

DATED: July 10, 2015

                                        by         /s/ Scott N. Cameron
                                                   Scott N. Cameron
                                                   Counsel for ZINAYDA CHEKAYDA

DATED: July 10, 2015

                                        by         /s/ Chris Cannon
                                                   Chris Cannon
                                                   Counsel for SERGE DOUBINSKY

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendants SERGE DOUBINSKY and ZINAYDA CHEKAYDA, presently scheduled for July 13, 2015, is continued to December 14, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE